UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
CASE NO: 15-30645
CHAPTER 7

FILED

2015 SEP -2 P 1: 52

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - FLINT

In Re: Takisha Lashaun Graham
    8171 Kearsley Creek
    Davison MI 48423

Social Security No: xxx-xx-9318

## ORDER

This matter having come before this court on debtor ex parte motion to reopen case and waive the reinstatement fee and the court being fully advised in the premises;

**IT IS ORDERED** that debtor ex parte motion to reopen case is hereby GRANTED/~~DENIED~~. *DSO*

**IT IS FURTHER ORDERED** the reinstatement fee for case number 15-30645 is waived GRANTED/~~DENIED~~. *DSO*

Dated: ~~_____~~  *DSO*

Hon. Daniel S. Opperman
United States Bankruptcy Court

IT IS FURTHER ORDERED that the Debtor shall pay the filing fee of $335 by October 31, 2015. *DSO*

IT IS FURTHERED ORDERED the date to object to discharge or or to file a complaint regarding dischargeability of a debt is extended to a date 60 days from the new first meeting of creditors date *DSD*

September 2, 2015

Daniel S. Opperman
U.S. Bankruptcy Judge