# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/17/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Takisha Lashaun Graham
8171 Dearsley Creek
Davison, MI 48428

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
| --- | --- |
| **15−30645−dof** | xxx−xx−9318 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
| --- | --- |
| Takisha Lashaun Graham<br>8171 Dearsley Creek<br>Davison, MI 48428<br>Telephone number: | Samuel D. Sweet<br>P.O. Box 757<br>Ortonville, MI 48462−0757<br>Telephone number: 248−236−0985 |

## Meeting of Creditors
Date: **October 1, 2015**　　　　　　　　　　　　　　　Time: **12:00 PM**
Location: **600 Church Street, Room G−19, Federal Building, Flint, MI 48502**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/30/15**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>226 West Second Street<br>Flint, MI 48502<br>Telephone number: 810−235−4126 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
| --- | --- |
| Hours Open: Monday – Friday 08:30 AM – 4:00 PM | Date: 9/3/15 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                              Case No. 15-30645-dof
Takisha Lashaun Graham                                              Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0645-4          User: dcunn                 Page 1 of 2         Date Rcvd: Sep 03, 2015
                              Form ID: b9a                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2015.
db             +Takisha Lashaun Graham,   8171 Dearsley Creek,   Davison, MI 48423-3410
23423270       +67th District Court,   LTB1202592,   630 S Saginaw St,   Flint MI 48502-1530
23423272       +67th District Court,   LTB1302225,   630 S Saginaw St,   Flint MI 48502-1530
23423275        67th District Court,   GCF0800174,   630 SSaginaw St,   Flint MI 48502
23423271        67th District Court,   LTB1301492,   630 SSaginaw St,   Flint MI 48502
23423273        67th District Court,   LTB1400255,   630 SSaginaw St,   Flint MI 48502
23423274        67th District Court,   LTB1401080,   630 SSaginaw St,   Flint MI 48502
23423267       +68th District Court,   041989LT,   630 S Saginaw St,   Flint MI 48502-1526
23423266       +68th District Court,   045157LT,   630 S Saginaw St,   Flint MI 48502-1526
23423268       +68th District Court,   055975LT,   630 S Saginaw St,   Flint MI 48502-1526
23423259        68th District Court,   035396LT,   630 SSaginaw St,   Flint M I 48502
23423269        68th District Court,   061042LT,   630 SSaginaw St,   Flint MI48502
23423256        68th District Court,   074904GC,   630 SSaginaw St,   Flint MI 48502
23423257        68th District Court,   040332LT,   630 SSaginaw St,   Flint MI 48502
23423263        68th District Court,   101278LT,   630 SSaginaw St,   Flint MI48502
23423264        68th District Court,   103239LT,   630 SSaginaw St,   Flint MI 48502
23423265        68th District Court,   120184LT,   630 SSaginaw St,   Flint MI48502
23423260        68th District Court,   074656LT,   630 SSaginaw St,   Flint MI 48502
23423255        68th District Court,   065674GC,   630 SSaginaw St,   Flint MI 48502
23423262        68th District Court,   095372LT,   630 SSaginaw St,   Flint MI 48502
23423258        68th District Court,   076885LT,   630 SSaginaw St,   Flint MI 48502
23423248      ++COMCAST,   41112 CONCEPT DR,   PLYMOUTH MI 48170-4253
                (address filed with court: Comcast Cable,   PO Box 3005,   Southeaste~n,   PA 19398)
23423241       +Champion Auto Sales,   6197 N Clio Rd,   Mt. Morris MI 48458-8220
23423246       +Collection Service Bureau,   PO Box 468,   Grand Blanc MI 48480-0468
23423276        Consumer Energy,   Lansing MI 48909
23423277       +Flint Housing Commission,   3820 Richfield Rd,   Flint MI 48506-2678
23423254       +GLA,   2540 SGrand Traverse,   PO Box 251,   Flint MI 48501-0251
23423253       +Great Lakes,   PO Box 7860,   Madison WI 53707-7860
23423244       +Hurley Medical Center,   1 Hurley Plaza,   Flint MI 48503-5902
23423252       +MI Dept of Treasury,   PO Box 30785,   Lansing MI 48909-8285
23423247       +McLaren Hospital,   401 S Ballenger Hwy,   Flint MI 48532-3638
23423236       +Merchants and Medical,   6324 Taylor Drive,   Flint MI 48507-4685
23423237       +Money Recovery Nationwide,   8155 Executive Court Ste 10,   Lansing MI 48917-7774
23423242       +RPM Auto Sales,   4083 N Dort Hwy,   Flint MI 48506-2319
23423245      ++RUSSELL COLLECTION AGENCY,   PO BOX 7009,   FLINT MI 48507-0009
                (address filed with court: Russell Collection,   G3285 Van Slyke Rd,   Flint MI48507)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: FSDSWEET.COM Sep 03 2015 22:33:00      Samuel D. Sweet,   P.O. Box 757,
                 Ortonville, MI 48462-0757
23423249       +EDI: ATTWIREBK.COM Sep 03 2015 22:34:00      AT&T Bankruptcy,   PO Box 769,
                 Arlington TX 76004-0769
23423251        E-mail/Text: atrujillo@cityofflint.com Sep 03 2015 22:38:01      City of Flint,
                 Water Department,   1101 SSaginaw St,   Flint MI 48502
23423240       +EDI: CAPITALONE.COM Sep 03 2015 22:33:00      Capital One,   PO Box 30285,
                 Salt Lake UT 84130-0285
23423235       +EDI: CREDPROT.COM Sep 03 2015 22:33:00      Credit protection Assoc,   13355 Noel Rd Ste 2100,
                 Dallas TX 75240-6837
23423238       +E-mail/Text: bhartman@dortfcu.org Sep 03 2015 22:38:06      Dort Federal Credit Union,
                 2845 Davison Rd,   Flint MI 48506-3959
23423239        EDI: NEXTEL.COM Sep 03 2015 22:33:00      Sprint,   Legal Department,
                 Mail Stop Varesp043-A4112,   2001 Edmund Halley Drive,   Reston VA 20191
23423250       +EDI: AISTMBL.COM Sep 03 2015 22:33:00      TMobile,   PO Box 53410,   Bellevue WA 98015-3410
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23423261*       68th District Court,   074904GC,   630 SSaginaw St,   Flint MI 48502
23423243*      +Merchants and Medical,   6324 Taylor Drive,   Flint MI 48507-4685
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2015 at the address(es) listed below:
              Samuel D. Sweet    ssweet@trusteesweet.us,  jwill@trusteesweet.us;ss125@trustesolutions.net
                                                                                            TOTAL: 1